**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

In re:  )  Case No. 09-11665
    KATZ, STEPHEN and  )
    KATZ, ELEANOR, a/k/a  )
    KATZ, STEVE and  )
    STEVE KATZ AND SON,  )
    )
    )
    Debtor(s)  )

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:00 a.m. on April 5, 2011 in Courtroom 744**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: March 9, 2011     By: /s/ Richard M. Fogel
                                                                  Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: KATZ, STEPHEN | § | Case No. 09-11665 |
| KATZ, ELEANOR | § | |
| KATZ, STEVE | § | |
| Debtor(s) STEVE KATZ AND SON | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 4,136.84 |
| and approved disbursements of | $ 558.28 |
| leaving a balance on hand of [1] | $ 3,578.56 |
| **Balance on hand:** | $ 3,578.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,578.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,034.21 | 0.00 | 1,034.21 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,034.21 |
| Remaining balance: | $ 2,544.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 2,544.35 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |  |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 2,544.35 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 131,731.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Olympic Diamond Corp. | 10,000.00 | 0.00 | 193.15 |
| 2 | DISCOVER BANK | 8,689.90 | 0.00 | 167.84 |
| 3 | DISCOVER BANK | 13,888.76 | 0.00 | 268.26 |
| 4 | PYOD LLC its successors and assigns as assignee of | 23,920.53 | 0.00 | 462.02 |
| 5 | CHASE BANK USA | 2,495.75 | 0.00 | 48.20 |
| 6 | CHASE BANK USA | 11,696.48 | 0.00 | 225.91 |
| 7 | Aloni Diamond Manufacturers | 9,500.00 | 0.00 | 183.49 |
| 8 | American Express Centurion Bank | 3,625.37 | 0.00 | 70.02 |
| 9 | American Express Bank FSB | 4,772.64 | 0.00 | 92.18 |
| 10 | Advanta Bank Corp | 13,779.57 | 0.00 | 266.15 |
| 11 | American Express Centurion Bank | 4,034.74 | 0.00 | 77.93 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 15,631.44 | 0.00 | 301.91 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7,990.69 | 0.00 | 154.34 |
| 14 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1,706.11 | 0.00 | 32.95 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | | $ | 2,544.35 |
| Remaining balance: | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/RICHARD M. FOGEL
Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Stephen Katz  
Eleanor Katz  
    Debtors

Case No. 09-11665-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mhenley              Page 1 of 2               Date Rcvd: Mar 10, 2011
                              Form ID: pdf006            Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 12, 2011.

```
db/jdb       +Stephen Katz,    Eleanor Katz,    3802 Enfield Ave.,    Skokie, IL 60076-2220
aty          +Melvin J Kaplan,    Melvin J  Kaplan & Associates,    55 E Jackson Blvd Suite 650,
               Chicago, IL 60604-4457
tr           +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
14082837     +ADT Security Services Inc.,    111 Windsor Drive,    Oak Brook, IL 60523-5623
14185201    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
               (address filed with court: Advanta Bank Corp,     c/o Becket and Lee LLP,    POB 3001,
               Malvern  PA 19355-0701)
13736394      AT&T Universal Card,    Cardmember Services,    P.O. Box 44167,    Jacksonville, FL 32231-4167
13736390     +Aloni Diamond Manufacturers,    36 W. 47th Street #405,    New York, NY 10036-8641
13736391      American Express,    Attn: Bankruptcy Dept.,    P.O. Box 981535,    El Paso, TX 79998-1535
14106229      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
14106228      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
13736395      Bank of America,    P.O. Box 15026,    Wilmington, DE 19886-5726
14051710     +CHASE BANK USA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
13736398      Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13736400      Chase Bank,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13736405      Citi Cards,    P.O. Box 142319,    Irving, TX 75014-2319
13736408     +Dov Schwartz Inc.,    555 5th Avenue,    New York, NY 10017-2416
13736409      FIA Card Services,    P.O. Box 15137,    Wilmington, DE 19850-5137
13736410     +First National,    P.O. Box 80015,    Los Angeles, CA 90080-0015
13736411     +MB Financial,    6111 N. River Road,    Rosemont, IL 60018-5158
13736413     +Olympic Diamond Corp.,    580 5th Avenue,    New York, NY 10036-4701
13913131     +Olympic Diamond Corp.,    C/O The Jewlers Board Of Trade,    P O BOX 6928,
               Providence, RI 02940-6928
14028725     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13736414     +Signature Diamond Enterprises LLC,    589 5th Avenue,    New York, NY 10017-1923
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
13736389      E-mail/Text: bkr@cardworks.com Mar 10 2011 22:36:50     Advanta Bank,    P.O. Box 30715,
               Salt Lake City, UT 84130-0715
13957641      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 11 2011 00:15:56     DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio   43054-3025
13736406      E-mail/PDF: mrdiscen@discoverfinancial.com Mar 11 2011 00:15:56     Discover Card,
               P.O. Box 30943,    Salt Lake City, UT 84130
14317522      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 11 2011 00:14:42
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13736392*     American Express,    Attn: Bankruptcy Dept.,    P.O. Box 981535,    El Paso, TX 79998-1535
13736393*     American Express,    Attn: Bankruptcy Dept.,    P.O. Box 981535,    El Paso, TX 79998-1535
13736396*     Bank of America,    P.O. Box 15026,    Wilmington, DE 19886-5726
13736397*     Bank of America,    P.O. Box 15026,    Wilmington, DE 19886-5726
13736399*     Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13736401*     Chase Bank,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13736402*     Chase Bank,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13736403*     Chase Bank,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13736404*     Chase Bank,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13736407*    ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
               (address filed with court: Discover Card,     P.O. Box 30943,    Salt Lake City, UT 84130)
13736412*    +MB Financial,    6111 N. River Road,    Rosemont, IL 60018-5158
                                                                                 TOTALS: 0, * 11, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: mhenley              Page 2 of 2              Date Rcvd: Mar 10, 2011
                              Form ID: pdf006            Total Noticed: 27

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2011**                    **Signature:**       *Joseph Speetjens*