**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: KATZ, STEPHEN | § Case No. 09-11665 |
| KATZ, ELEANOR | § |
| KATZ, STEVE | § |
| Debtor(s) STEVE KATZ AND SON | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                    Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,544.40       Claims Discharged
                                                Without Payment: $217,031.33

Total Expenses of Administration: $1,592.49

---

    3) Total gross receipts of $    4,136.89    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $4,136.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $336,901.91 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,592.50 | 1,592.49 | 1,592.49 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 229,302.90 | 131,731.98 | 131,731.98 | 2,544.40 |
| **TOTAL DISBURSEMENTS** | $566,204.81 | $133,324.48 | $133,324.47 | $4,136.89 |

4) This case was originally filed under Chapter 7 on April 02, 2009. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/01/2011           By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts receivable | 1129-000 | 4,134.00 |
| Interest Income | 1270-000 | 2.89 |
| **TOTAL GROSS RECEIPTS** | | **$4,136.89** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | MB Financial | 4110-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | MB Financial | 4110-000 | 136,901.91 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$336,901.91** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,034.22 | 1,034.21 | 1,034.21 |
| CHICAGO POLICE DEPARTMENT | 2200-000 | N/A | 0.50 | 0.50 | 0.50 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 2.88 | 2.88 | 2.88 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| JOHN A. FOSCATO | 3220-610 | N/A | 554.90 | 554.90 | 554.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,592.50 | 1,592.49 | 1,592.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Olympic Diamond Corp. | 7100-000 | 10,000.00 | 10,000.00 | 10,000.00 | 193.16 |
| 2 | DISCOVER BANK | 7100-900 | 8,412.99 | 8,689.90 | 8,689.90 | 167.85 |
| 3 | DISCOVER BANK | 7100-900 | 13,888.76 | 13,888.76 | 13,888.76 | 268.26 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-900 | 23,243.19 | 23,920.53 | 23,920.53 | 462.02 |
| 5 | CHASE BANK USA | 7100-900 | 2,495.75 | 2,495.75 | 2,495.75 | 48.21 |
| 6 | CHASE BANK USA | 7100-900 | 22,797.92 | 11,696.48 | 11,696.48 | 225.92 |
| 7 | Aloni Diamond Manufacturers | 7100-000 | 9,500.00 | 9,500.00 | 9,500.00 | 183.49 |
| 8 | American Express Centurion Bank | 7100-900 | 3,507.87 | 3,625.37 | 3,625.37 | 70.02 |
| 9 | American Express Bank FSB | 7100-900 | 4,629.76 | 4,772.64 | 4,772.64 | 92.18 |
| 10 | Advanta Bank Corp | 7100-900 | 13,779.57 | 13,779.57 | 13,779.57 | 266.15 |
| 11 | American Express Centurion Bank | 7100-900 | 4,034.74 | 4,034.74 | 4,034.74 | 77.93 |
| 12 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-900 | 15,631.44 | 15,631.44 | 15,631.44 | 301.92 |
| 13 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-900 | 7,831.05 | 7,990.69 | 7,990.69 | 154.34 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 14 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-900 | 1,706.11 | 1,706.11 | 1,706.11 | 32.95 |
| NOTFILED | Capital One Bank | 7100-000 | 4,379.46 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 7,096.16 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,275.46 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Cardmember Services | 7100-000 | 6,086.94 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Cardmember Services | 7100-000 | 2,495.75 | N/A | N/A | 0.00 |
| NOTFILED | First National | 7100-000 | 5,814.65 | N/A | N/A | 0.00 |
| NOTFILED | Signature Diamond Enterprises LLC | 7100-000 | 10,086.34 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 39,395.60 | N/A | N/A | 0.00 |
| NOTFILED | Dov Schwartz Inc. | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Bank Cardmember Services | 7100-000 | 5,213.39 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 229,302.90 | 131,731.98 | 131,731.98 | 2,544.40 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-11665  
**Case Name:** KATZ, STEPHEN  
               KATZ, ELEANOR  
**Period Ending:** 07/01/11

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 04/02/09 (f)  
**§341(a) Meeting Date:** 05/19/09  
**Claims Bar Date:** 08/20/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Single family home located at 3802 Enfield Ave, | 350,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | Financial accounts, financial institution shares | 60.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Financial accounts, financial institution shares | 95.00 | 0.00 | | 0.00 | 0.00 |
| 4 | Household goods and furnishings | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Wearing apparel | 1,800.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Furs and jewelry | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Interests in an education IRA | 160.03 | 0.00 | | 0.00 | 0.00 |
| 8 | Accounts receivable | 250,130.71 | 0.00 | | 4,134.00 | 0.00 |
| 9 | Autos, trucks, trailers, other vehicles, access. | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Autos, trucks, trailers, other vehicles, access. | 7,000.00 | 0.00 | | 0.00 | 0.00 |
| Int | INTEREST  (u) | Unknown | N/A | | 2.89 | FA |
| 11 | **Assets** Totals (Excluding unknown values) | **$614,545.74** | **$0.00** | | **$4,136.89** | **$0.00** |

**Major Activities Affecting Case Closing:**

Special counsel pursuing collection action in Green Bay, WI.  Trial scheduled for March, 2011

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010        **Current Projected Date Of Final Report (TFR):**    March 9, 2011  (Actual)

Printed: 07/01/2011 07:18 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-11665 | | Trustee: | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| Case Name: | KATZ, STEPHEN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | KATZ, ELEANOR | | Account: | ***-*****94-65 - Money Market Account |
| Taxpayer ID #: | **-***3831 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/01/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/06/09 | {8} | THE DIAMOND HOUSE | A/R | 1129-000 | 100.00 | | 100.00 |
| 05/06/09 | {8} | HOPMAN JEWELER'S OLD GOLD ACCOUNT | A/R | 1129-000 | 500.00 | | 600.00 |
| 05/26/09 | {8} | CHANDLERS FOREVER YOURS JEWELERS | A/R | 1129-000 | 100.00 | | 700.00 |
| 05/26/09 | {8} | CABOCHON GEMS & DESIGNS | A/R | 1129-000 | 254.00 | | 954.00 |
| 05/26/09 | {8} | HOPMAN JEWELER'S | A/R | 1129-000 | 500.00 | | 1,454.00 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 1,454.02 |
| 06/12/09 | {8} | HOPMAN JEWELER'S OLD GOLD ACCOUNT | A/R | 1129-000 | 750.00 | | 2,204.02 |
| 06/12/09 | | To Account #********9466 | Jacoby police report | 9999-000 | | 0.50 | 2,203.52 |
| 06/30/09 | {8} | HOPMAN JEWELER'S | Final payment- A/R | 1129-000 | 755.00 | | 2,958.52 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,958.59 |
| 07/27/09 | {8} | J. VANDER ZANDEN AND SONS, LTD. | A/R- first payment | 1129-000 | 500.00 | | 3,458.59 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,458.71 |
| 08/11/09 | {8} | CHANDLER'S FOREVER YOURS | A/R payment | 1129-000 | 675.00 | | 4,133.71 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,133.87 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,134.03 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,134.19 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,134.36 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.17 | | 4,134.53 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.16 | | 4,134.69 |
| 02/10/10 | | To Account #********9466 | Account Transfer | 9999-000 | | 2.88 | 4,131.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,131.96 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 4,132.14 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.02 | | 4,132.16 |
| 04/06/10 | | Wire out to BNYM account 9200******9465 | Wire out to BNYM account 9200******9465 | 9999-000 | -4,132.16 | | 0.00 |
| | | | ACCOUNT TOTALS | | 3.38 | 3.38 | $0.00 |
| | | | Less: Bank Transfers | | -4,132.16 | 3.38 | |
| | | | **Subtotal** | | 4,135.54 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,135.54** | **$0.00** | |

{} Asset reference(s)        Printed: 07/01/2011 07:18 AM   V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-11665  
**Case Name:** KATZ, STEPHEN  
KATZ, ELEANOR  
**Taxpayer ID #:** **-***3831  
**Period Ending:** 07/01/11  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****94-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/09 | | From Account #********9465 | Jacoby police report | 9999-000 | 0.50 | | 0.50 |
| 06/12/09 | 101 | CHICAGO POLICE DEPARTMENT | Police Report HP373268 | 2200-000 | | 0.50 | 0.00 |
| 02/10/10 | | From Account #********9465 | Account Transfer | 9999-000 | 2.88 | | 2.88 |
| 02/10/10 | 102 | INTERNATIONAL SURETIES, LTD. | Bond Premium | 2300-000 | | 2.88 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 3.38 | 3.38 | $0.00 |
| Less: Bank Transfers | 3.38 | 0.00 | |
| **Subtotal** | 0.00 | 3.38 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$3.38** | |

{} Asset reference(s)     Printed: 07/01/2011 07:18 AM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-11665 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | KATZ, STEPHEN | | **Bank Name:** | The Bank of New York Mellon |
| | KATZ, ELEANOR | | **Account:** | 9200-******94-65 - Money Market Account |
| **Taxpayer ID #:** | **-***3831 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 07/01/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | Wire in from JPMorgan Chase Bank, N.A. account ********9465 | 9999-000 | 4,132.16 | | 4,132.16 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 4,132.35 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.25 | | 4,132.60 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,132.84 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,133.08 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.24 | | 4,133.32 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,133.35 |
| 10/18/10 | | To Account #9200******9466 | Account Transfer- special counsel costs | 9999-000 | | 554.90 | 3,578.45 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,578.48 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,578.50 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,578.53 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,578.56 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,578.58 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,578.61 |
| 04/04/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 3,578.61 |
| 04/04/11 | | To Account #9200******9466 | Close account and transfer for final distributions | 9999-000 | | 3,578.61 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,133.51 | 4,133.51 | $0.00 |
| | | | Less: Bank Transfers | | 4,132.16 | 4,133.51 | |
| | | | **Subtotal** | | 1.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1.35** | **$0.00** | |

{} Asset reference(s)         Printed: 07/01/2011 07:18 AM    V.12.57

Exhibit 9

# FORM 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-11665 | | Trustee: | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| Case Name: | KATZ, STEPHEN | | Bank Name: | The Bank of New York Mellon |
| | KATZ, ELEANOR | | Account: | 9200-******94-66 - Checking Account |
| Taxpayer ID #: | **-***3831 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 07/01/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/18/10 | | From Account #9200******9465 | Account Transfer- special counsel costs | 9999-000 | 554.90 | | 554.90 |
| 10/20/10 | 10103 | JOHN A. FOSCATO | Bill of costs- VanderZanden litigation | 3220-610 | | 554.90 | 0.00 |
| 04/04/11 | | From Account #9200******9465 | Close account and transfer for final distributions | 9999-000 | 3,578.61 | | 3,578.61 |
| 04/06/11 | 10104 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,034.21, Trustee Compensation; Reference: | 2100-000 | | 1,034.21 | 2,544.40 |
| 04/06/11 | 10105 | Olympic Diamond Corp. | 1.93% dividend on Claim # 1 | 7100-000 | | 193.16 | 2,351.24 |
| 04/06/11 | 10106 | DISCOVER BANK | 1.93% dividend on Claim # 2 | 7100-900 | | 167.85 | 2,183.39 |
| 04/06/11 | 10107 | DISCOVER BANK | 1.93% dividend on Claim # 3, Ref: 6011-0077-0067-0050 | 7100-900 | | 268.26 | 1,915.13 |
| 04/06/11 | 10108 | PYOD LLC its successors and assigns as assignee of | 1.93% dividend on Claim # 4, Ref: 5396-4200-0682-9601 | 7100-900 | | 462.02 | 1,453.11 |
| 04/06/11 | 10109 | CHASE BANK USA | 1.93% dividend on Claim # 5 | 7100-900 | | 48.21 | 1,404.90 |
| 04/06/11 | 10110 | CHASE BANK USA | 1.93% dividend on Claim # 6, Ref: 4417-1258-8026-6436 | 7100-900 | | 225.92 | 1,178.98 |
| 04/06/11 | 10111 | Aloni Diamond Manufacturers | 1.93% dividend on Claim # 7 | 7100-000 | | 183.49 | 995.49 |
| 04/06/11 | 10112 | American Express Centurion Bank | 1.93% dividend on Claim # 8, Ref: 3723-140457-71008 | 7100-900 | | 70.02 | 925.47 |
| 04/06/11 | 10113 | American Express Bank FSB | 1.93% dividend on Claim # 9, Ref: 3722-683081-52001 | 7100-900 | | 92.18 | 833.29 |
| 04/06/11 | 10114 | Advanta Bank Corp | 1.93% dividend on Claim # 10, Ref: 5475-8412-5821-0005 | 7100-900 | | 266.15 | 567.14 |
| 04/06/11 | 10115 | American Express Centurion Bank | 1.93% dividend on Claim # 11, Ref: 3715-052522-11007 | 7100-900 | | 77.93 | 489.21 |
| 04/06/11 | 10116 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1.93% dividend on Claim # 12, Ref: 5490-9909-2800-3423 | 7100-900 | | 301.92 | 187.29 |
| 04/06/11 | 10117 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1.93% dividend on Claim # 13, Ref: 5490-9972-0517-2623 | 7100-900 | | 154.34 | 32.95 |
| 04/06/11 | 10118 | FIA CARD SERVICES, NA/BANK OF AMERICA | 1.93% dividend on Claim # 14, Ref: 4305-5001-7190-3316 | 7100-900 | | 32.95 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,133.51 | 4,133.51 | $0.00 |
| | | | Less: Bank Transfers | | 4,133.51 | 0.00 | |
| | | | Subtotal | | 0.00 | 4,133.51 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $4,133.51 | |

{} Asset reference(s)

Printed: 07/01/2011 07:18 AM V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| **Case Number:** | 09-11665 | | **Trustee:** | RICHARD M. FOGEL (330720) |
|---|---|---|---|---|
| **Case Name:** | KATZ, STEPHEN | | **Bank Name:** | The Bank of New York Mellon |
| | KATZ, ELEANOR | | **Account:** | 9200-******94-66 - Checking Account |
| **Taxpayer ID #:** | **-***3831 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 07/01/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****94-65** | 4,135.54 | 0.00 | 0.00 |
| **Checking # ***-*****94-66** | 0.00 | 3.38 | 0.00 |
| **MMA # 9200-******94-65** | 1.35 | 0.00 | 0.00 |
| **Checking # 9200-******94-66** | 0.00 | 4,133.51 | 0.00 |
| | $4,136.89 | $4,136.89 | $0.00 |

{} Asset reference(s)                                                                                   Printed: 07/01/2011 07:18 AM    V.12.57